UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
OCT 13 2010
CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| VOLTAGE PICTURES, LLC, | * | CIV. 10-MC-_100_ |
| Plaintiff, | * | |
| vs. | * | **MOTION TO QUASH AND OBJECTIONS TO SUBPOENA** |
| DOES 1-5,000, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMES NOW Midcontinent Communications, a non-party to the above-entitled matter, which has been served with a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, and asserts objections to that subpoena and moves the Court to quash that Subpoena to allow Midcontinent Communications a reasonable opportunity to alert subscribers of a release of information, consistent with its privacy policies and statements adopted in consideration of federal law, before requiring such disclosure and for a failure to assure adequate protections against undue burden or expense, consistent with FED.R.CIV.P. 45.

Dated at Sioux Falls, South Dakota, this 13th day of October, 2010.

DAVENPORT, EVANS, HURWITZ &
SMITH, L.L.P.

_/s/ Sandra Hanson_
Sandra Hoglund Hanson
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880

Facsimile: (605) 335-3639
E-mail: shanson@dehs.com
*Attorneys for Midcontinent Communications*

## CERTIFICATE OF SERVICE

Sandra Hoglund Hanson, one of the attorneys for Midcontinent Communications, hereby certifies that a true and correct copy of the foregoing "Motion to Quash and Objections to Subpoena" and "Affidavit of Marjorie L. Johnson" was served by mail upon:

>Nicholas A. Kurtz
>Dunlap Grubb Weaver
>199 Liberty St., SW
>Leesburg, Virginia 20175
>Telephone: 571-252-3311
>E-mail:nkurtz@dglegal.com
>*Attorneys for Plaintiff*

on this 13th day of October, 2010.

*/s/ Sandra Hanson*