UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 - 4,577, )<br>)<br>Defendants. ) | | Civil Action No. 10-453 (RMC) |

## ORDER

For the reasons stated on the record in court on June 30, 2010, it is hereby

**ORDERED** that the motion of Time Warner Cable Inc. ("TWC") to quash or modify the subpoena issued pursuant to Federal Rule of Civil Procedure 45 [Dkt. # 13] is **GRANTED**; and it is

**FURTHER ORDERED** that the subpoena issued to TWC is **MODIFIED** as follows:

(1) TWC shall provide identifying information for a minimum of 28 IP addresses per month combined for IP addresses related to *West Bay One, Inc. v. Does 1 - 2000*, Civ. No. 10-481 and *Achte/Neutnte Boll Kino Beteiligungs GMBH & Co. KG v. Does 1 - 4,577*, Civ. No. 10-453, and the subpoena return date is extended consistent with that limitation;

(2) Plaintiff shall pay TWC's reasonable costs for looking up identifying information and notifying subscribers, including costs for each IP address looked up, within thirty

**Attachment 4**

days after receiving TWC's bill for the same; and

(3) Plaintiff may not seek identifying information relating to IP addresses not already identified in the First Amended Complaint [Dkt. # 12] without prior Court approval.

**SO ORDERED.**

Date: July 2, 2010                              /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge

**Attachment 4**