

**Midcontinent Communications**

**Estimated Cost of Providing Customer Information per IP's Address**

| | Task Amount |
|---|---|
| **Retrieval of IP Address and Customer Info - 5 minutes @ $30/hr** | $ 2.50 |
| - enter IP into tracking system, get account, look up account in billing system, enter info into tracking spreasheet | |
| | |
| **Labor to process & prepare customer letter - 15 minutes @ $30 / hr** | $ 7.50 |
| - print letter, print copy of subpoena   @ 3 minutes | |
| - fill out postal form, pay online, print label  @ 7 minutes | |
| - fill envelope, attach mailing / postage label, .deliver to mail room @ 5 minutes | |
| | |
| **Materials & signature confirmation mail postage** | $ 4.19 |
| - 5 pages printed @ $0.10  =  $0.50 | 0.5 |
| - 1 envelope @ $0.15 each = $0.15 | 0.15 |
| - 1 mailing label @ $0.15 each = $0.15 | 0.15 |
| - postage  1st class @  $0.44 | 0.44 |
| - signature delivery @ $2.95 | 2.95 |
| subtotal | 4.19 |
| | |
| **Tracking of mailing, administrative time  @ $30 / hr** | $ 7.75 |
| - track receipt -  ~ 4 min  ~   $30/hr ~ $2.00 | 2.00 |
| - daily review tracking spreadsheet ~ 5 min * 30 days ~ 2.5 hrs @ $30/hr ~ $75 / 143 ~ 0.52 / IP | 0.52 |
| - send info to plantiff, attorneys ~ 4 min  ~   $30/hr ~ $2.00 | 2.00 |
| - handle CSR inquiries, record motions to block 5 min @ $30 / hr ~ $2.50 / IP | 2.50 |
| - 15% motion to block, handle notifications and track status - 21 cust * 10 min ea ~ 3.5 hr @ $30/hr ~ $105 / 143 ~ 0.73 | 0.73 |
| subtotal | 7.75 |
| | |
| **Call Center training and call handling** | $ 21.58 |
| - training team preparation 2 hrs @  $40 / hr   $80 / 143 ~ $0.56 each IP | 0.56 |

**EXHIBIT D**

- CSR supervisor training  20 people @ 15 min each @ $30 / hr ~ $150 / 143 ~ $1.00 each IP          $ 1.00
- 200 CSR's @ 15 min each @ $20 / hr ~ $1000 / 143 ~ $7.00 each                                      $ 7.00
- call handle CSR time - Avg 1 calls each for 143 customers @ 15 min each @ $20/hr ~ $715 / 143 ~ $5.00 each IP    $ 5.00
    (pull up account, review notes, talk to customer, update notes)
- cost of invested time  (subtotal)                                                                  $ 13.56
- plus overtime adjustment for additional work  - 50% of invested time ~ 0.5 * 16.05 ~ 8.02          $ 8.02
    subtotal (cost + OT adj)                                                                         $ 21.58

**Management Time @ $50 / hr**                                                                                    $ 5.28
- cost determination 5 hrs @ $50 / Hr ~ $250 / 143 ~ 1.75 each IP                                    $ 1.75
- workflow and strategy planning  6 hrs @ $50 / hr ~ $300 /143 ~ $2.10 each IP                       $ 2.10
- public relations directly resulting from the subpoena - 4 hrs @ $50 / hr ~ $200 / 143 ~ 1.43 / IP  $ 1.43
    subtotal                                                                                         $ 5.28

**Direct Legal Costs - estimated**                                                                                $5.60
- billed time  $800 ~ $800 / 143 ~ $5.60 / IP                                                       $5.60

**Total Cost per IP address handled**                                                                             $ 54.40

**EXHIBIT D**