UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| VOLTAGE PICTURES, LLC, | ) | 10-MC-100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REFERRING MOTION |
| vs. | ) | TO QUASH SUBPOENA |
| | ) | |
| DOES 1-5,000 | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the court is Midcontinent Communications, Inc.'s motion to quash subpoena (Docket 1). It is hereby

ORDERED that this motion is referred to Magistrate Judge John Simko for ruling.

Dated October 14, 2010.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE