UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| VOLTAGE PICTURES, LLC, | \* | CIV. 10-MC-100 |
| Plaintiff, | \* | |
| vs. | \* | **STIPULATED MOTION FOR** |
| | \* | **ABEYANCE** |
| DOES 1-5,000, | \* | |
| Defendants. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW Midcontinent Communications and hereby moves the Court to hold in abeyance its Motion to Quash.

Following the filing of Midcontinent Communications' Motion to Quash, the parties have conferred regarding the issues raised in that Motion.  This Stipulated Motion for Abeyance is based upon the parties' good-faith attempts to resolve the issues raised by the subpoena served upon Midcontinent Communications and its Motion to Quash that subpoena, such that the parties believe that their negotiations may allow the parties to resolve those issues.  Accordingly, the above-named Plaintiff, Voltage Pictures, LLC, has stipulated to and agrees with the filing of this Motion for Abeyance to request the Court to hold its consideration of the Motion to Quash in abeyance pending the parties' attempts at resolution.  Consistent with this motion, the parties have agreed that the Plaintiff's response to the Motion to Quash may be also held in abeyance, and the date for production requested by the subpoena may be moved to January 31, 2011.

Dated at Sioux Falls, South Dakota, this 1st day of November, 2010.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

*Sandra Hanson*

Sandra Hoglund Hanson
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone:  (605) 336-2880
Facsimile:  (605) 335-3639
E-mail:  shanson@dehs.com
*Attorneys for Midcontinent Communications*

## CERTIFICATE OF SERVICE

Sandra Hoglund Hanson, one of the attorneys for Midcontinent Communications, hereby certifies that a true and correct copy of the foregoing "Stipulated Motion for Abeyance" was served by U.S. and electronic mail upon:

Nicholas A. Kurtz
Dunlap Grubb Weaver
199 Liberty St., SW
Leesburg, Virginia 20175
Telephone:  571-252-3311
E-mail:nkurtz@dglegal.com
*Attorneys for Plaintiff*

on this 1st day of November, 2010.

*Sandra Hanson*